# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

140163

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

INVOLVED CITIZENS ENTERPRISES, INC.,
      Petitioner-Appellant,

v

SC: 140163
COA: 284706
MI Tax Tribunal: 00-305734

TOWNSHIP OF EAST BAY,
      Respondent-Appellee.

_____/

     On order of the Court, the application for leave to appeal the October 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

p0322